UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

STEPHEN H. RUGG and PATRICIA RUGG,       *       CIVIL ACTION NO.
                                         *
                    Plaintiffs,          *
                                         *       SECTION "        " (   )
VERSUS                                   *
                                         *       JUDGE
FMR CO., INC., STRATEGIC ADVISERS, INC.  *
MATTHEW GIBSON, DAN DAVIDSON (*sic*)     *       MAGISTRATE JUDGE
and JEROME SKOW,                         *
                                         *
                    Defendants.          *
* * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF REMOVAL

Without waiving any right to deny that any cause of action exists against them and without waiving or relinquishing any defenses or the right to assert any affirmative matter that they might have, defendants FMR Co., Inc., Strategic Advisers, Inc., Matthew Gibson, Dan Davis (named herein in the caption as Dan Davidson), and Jerome Skow (collectively, "Defendants") give notice that Civil Action No. 09-3981, *Stephen H. Rugg and Patricia A. Rugg v. FMR Co., Inc., Strategic Advisers, Inc., Matthew Gibson, [Dan Davis] and Jerome Skow*, No. 09-3981, Fourth Judicial District court, Parish of Ouachita, is hereby removed to the United States District Court for the Western District of Louisiana from the Fourth Judicial District Court in the Parish of Ouachita, Louisiana.

1.      On October 29, 2009, Plaintiffs Stephen H. Rugg and Patricia A. Rugg ("Plaintiffs") commenced this action regarding the alleged mismanagement of their investment portfolio by Defendants.

1

147956

2.      The Petition names as defendants FMR Co., Inc., Strategic Advisers, Inc., Matthew Gibson, Dan Davis [erroneously named as Dan Davidson] and Jerome Skow, none of whom is a Louisiana citizen.  (Petition ¶¶ 2, 5-7.)

3.      Plaintiffs allege that Strategic Advisers, Inc. and the individual defendants failed to manage the Plaintiffs' investments in accordance with the agreement between the parties; that Strategic Advisers was grossly negligent in the management of their investments; and, that the Strategic Advisers failed to rebalance their accounts when advised that Mr. Rugg had retired on disability.  Plaintiffs assert claims of gross negligence; breach of contract; rescission; detrimental reliance; breach of fiduciary duty; and breach of the Louisiana Unfair Trade Practices Act; the Louisiana Securities Law; and, the Investment Advisers Act of 1940.  Plaintiffs seek damages of $1,383,000.59.  (Petition ¶ 39.)

4.      This Court has jurisdiction pursuant to 28 U.S.C. §§1331, 1332, and 1441.  The Petition presents claims arising under the laws of the United States (the Investment Advisers Act of 1940), there is complete diversity as to all parties, and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

5.      Plaintiffs first served Defendants by mail on November 2, 2009.  Thus, this Notice of Removal is filed timely, in compliance with 28 U.S.C. § 1446(b).  All Defendants join in this notice of removal.

6.      This action was filed in the Fourth Judicial District Court for the Parish of Ouachita, which is within the Western District of Louisiana.  Defendants have attached all pleadings and copies of all process within their possession.  (*See* Exhibit A.)  The record will be filed in accordance with the Court's removal order.  Defendants will give written notice of

147956

removal to all adverse parties and will file a copy of the notice with the clerk of the court for the Fourth Judicial District, Parish of Ouachita as required by 28 U.S.C. § 1446(d).

### Federal Question Jurisdiction Exists in This Case

Whether there has been any violation of the Investment Adviser's Act of 1940, 15 U.S.C. § 80b by the defendants as alleged by Plaintiffs.  (Petition ¶ 36.)

### Complete Diversity Exists As To All Parties

Plaintiffs are alleged to be citizens of Louisiana.  (Petition, ¶ 2.)  Defendants Gibson, Davis and Skow are alleged to be citizens of Texas.  (Petition ¶ 1.)  Defendants Davis and Skow are, in fact, Texas citizens, and Gibson is a citizen of Pennsylvania.  FMR Co. and Strategic Advisers are alleged to be foreign corporations.  (Petition ¶ 1)  FMR Co. is a Massachusetts corporation with its principal place of business in Boston, Massachusetts, and Strategic Advisers, Inc. is a Massachusetts corporation with its principal place of business in Boston, Massachusetts. *See* 28 U.S.C. § 1332(c)(1).  Complete diversity, therefore, exists.

### The Amount In Controversy Exceeds $75,000

Plaintiffs Petition asserts Plaintiffs are entitled to relief in the amount of $1,383,000.59. (Petition ¶ 39.)  Accordingly, the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

**WHEREFORE,** defendants FMR Co., Inc., Strategic Advisers, Inc., Matthew Gibson, Dan Davis, and Jerome Skow respectfully request that this Court assume full jurisdiction over the cause herein as provided by law and that this action proceed in this Court as an action properly removed to it.

147956

Respectfully submitted,


 /s/ Meredith A. Cunningham
George C. Freeman, III, 14272, T.A.
Meredith A. Cunningham, 26465
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
Fax:  (504) 589-9701

*Counsel for Defendants FMR Co., Inc.,
Strategic Advisers, Inc., Matthew Gibson,
Dan Davis, and Jerome Skow*


# C E R T I F I C A T E

I hereby certify that a copy of the above and foregoing Notice of Removal has

been served upon all counsel of record by facsimile and by placing same in the United States

mail postage prepaid and properly addressed, this 23rd day of November, 2009.


 /s/ Meredith A. Cunningham

147956