UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEPHEN H. RUGG and PATRICIA A. RUGG,<br><br>    Plaintiffs,<br><br>VERSUS<br><br>STRATEGIC ADVISERS, INC., FIDELITY BROKERAGE SERVICES, LLC, FMR, LLC MATTHEW GIBSON, DAN DAVIDSON (*sic*), and JEROME SKOW<br><br>    Defendants. | CIVIL ACTION NO. 09-1952<br><br>JUDGE JAMES<br><br>MAGISTRATE JUDGE HAYES |

## REPLY MEMORANDUM REGARDING DEFENDANTS' MOTION TO DISMISS

**TO THE HONORABLE COURT:**

This case commenced in state court and was removed on November 23, 2009. Defendants Strategic Advisers, Inc., Matthew Gibson, Dan Davis, and Jerome Skow, as well as FMR Co., Inc., first responded to Plaintiffs' original Petition in this Court, filing a Motion to Dismiss or, Alternatively, for a More Definite Statement. (Docket No. 10).

In response to Defendants' Motion, Plaintiffs sought and obtained leave to file an Amended Complaint, the amendments to which are explained in Plaintiffs' Opposition[] to Motion to Dismiss and, In the Alternative, for a More Definite [Statement]. (Docket No. 21). In seeking leave, Plaintiffs advised they did not object to the dismissal of FMR Co., Inc. Accordingly, FMR Co., Inc. prays that the Court enter an order dismissing it from this action in the form attached as Exhibit A.

Plaintiffs added two parties in the Amended Complaint and amended some allegations made in the original Petition. As such, Defendants believe a single response to the Amended Complaint is appropriate, and that the current, pending Motion to Dismiss does not need to be decided at this time. Accordingly, Defendants ask that the Court dismiss without prejudice their Motion to Dismiss (Docket No. 10). Defendants attach a proposed Order as Exhibit A.

Respectfully submitted,

*/s/ Meredith A. Cunningham*
George C. Freeman, III, 14272, T.A.
Meredith A. Cunningham, 26465
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701

*Of Counsel Admitted Pro Hac Vice*:

David C. Boch
Michael R. Weissmann
Michael C. Moran
BINGHAM MCCUTCHEN LLP
One Federal Street
Boston, MA 02110-1726
Telephone: (617) 951-8000
Facsimile: (617) 951-8736

*Counsel for Defendants Strategic Advisers, Inc., Fidelity Brokerage Services, LLC, FMR, LLC, Matthew Gibson, Dan Davis, and Jerome Skow*

153340

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Reply Memorandum Regarding Defendants' Motion to Dismiss has been served upon the plaintiffs' counsel by electronic mail, court's electronic system, and/or placing same in the United States Mail, postage prepaid and properly addressed this 15th day of February, 2010.

/s/ Meredith A. Cunningham

153340