RECEIVED
IN MONROE, LA
MAR 02 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| STEPHEN H. RUGG, ET AL. | CIV. ACTION NO. 09-1952 |
| VERSUS | JUDGE ROBERT G. JAMES |
| STRATEGIC ADVISERS, INC., ET AL. | MAG. JUDGE KAREN L. HAYES |

## MEMORANDUM ORDER

This lawsuit was originally filed in state court and removed to this Court. After removal, Defendants Strategic Advisers, Inc.; Matthew Gibson; Dan Davis; Jerome Skow; and FMR Co., Inc. filed a Motion to Dismiss, or Alternatively, for More Definite Statement ("Motion to Dismiss") [Doc. No. 10].

In response, Plaintiffs filed a Motion for Leave to File Supplemental, Amending, and Restated Petition [Doc. No. 21], which was granted by Magistrate Judge Hayes. [Doc. No. 23]. Plaintiffs also filed a Memorandum in Opposition to the Motion to Dismiss [Doc. No. 22]. In their Memorandum, Plaintiffs stated that they had no objection to the dismissal of the claims against Defendant FMR Co., Inc., and in their Amended Petition FMR Co., Inc. is not named as a Defendant.

With leave of Court, Defendants Strategic Advisers, Inc.; Matthew Gibson; Dan Davis; Jerome Skow; and FMR Co., Inc. then filed the pending "Reply Memorandum Regarding Defendants' Motion to Dismiss" [Doc. No. 27]. Defendants move the Court to enter an order (1) dismissing FMR Co., Inc. from this action and (2) dismissing Defendants' Motion to Dismiss Without Prejudice.

First, an order dismissing FMR Co., Inc. appears unnecessary because Plaintiffs have filed

an Amended Petition, which supersedes its original Petition, and does not name FMR Co., Inc. as a Defendant. Nevertheless, to the extent necessary,

IT IS ORDERED that Defendants' Motion to Dismiss [Doc. No. 10] is GRANTED IN PART, and Plaintiffs' claims against FMR Co., Inc. are DISMISSED WITH PREJUDICE.

Second, Defendants state that Plaintiffs' Amended Petition names two additional Defendants and that the pending Motion to Dismiss "does not need to be decided at this time." Thus, Defendants seek to withdraw the Motion to Dismiss as it pertains to Defendants Strategic Advisers, Inc.; Matthew Gibson; Dan Davis; and Jerome Skow. Accordingly,

IT IS ORDERED that the Motion to Dismiss [Doc. No. 10] as it pertains to Defendants Strategic Advisers, Inc.; Matthew Gibson; Dan Davis; and Jerome Skow is WITHDRAWN, subject to the right of Defendants to re-urge this motion at a later time.

MONROE, LOUISIANA, this 2 day of March, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE