UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **STEPHEN H. RUGG and PATRICIAL RUGG**<br>Plaintiffs | **CIVIL ACTION NO.: 3:09-cv-01952** |
| **VERSUS** | **SECTION** |
| **FMR CO., INC., STRATEGIC ADVISERS, INC., MATTHEW GIBSON, DAN DAVIDSON, AND JEROME SKOW**<br>Defendants | **JUDGE ROBERT G. JAMES**<br><br>**MAGISTRATE JUDGE KAREN HAYES** |

## UNOPPOSED MOTION TO EXTEND DEADLINE FOR APPEAL

NOW INTO COURT, through undersigned counsel, come plaintiffs, Stephen H. Rugg and Patricia L Rugg, who move this Honorable Court for an Order extending the deadline to appeal the Memorandum Order issued by this Court on or about September 20, 2010, and in support does state as follows:

I.

Plaintiffs desire to file an appeal in accordance with L.R.74.1(W) of the Memorandum Order issued by this Honorable Court on or about September 20, 2010. Rule 74.1 allows for the court to extend the time period allowed for such an appeal.

II.

Plaintiffs seek an extension of five (5) days or until October 8, 2010, in which to file the appeal with accompanying memorandum in support.

III.

Plaintiff's counsel has contacted and communicated with counsel for all defendants. No objection has been made to the request for extension by any of the parties.

III.

Accordingly, plaintiffs request this Court allow an extension until October 8, 2010 in which to file a notice of appeal and memorandum in support regarding the Memorandum Order issued by this Court on September 20, 2010.

Respectfully submitted,

McNew, King, Mills, Burch & Landry, LLP
2400 Forsythe Avenue, Suite 2
Monroe, LA  71201

Telephone:   (318) 361-3140
Facsimile:    (318) 361-3141
Email:         bking@mkmblaw.com


/s/Brady D. King, II
Brady D. King, II  (#18288)
ATTORNEYS FOR STEPHEN H. RUGG and
PATRICIA A. RUGG

## CERTIFICATE

I, **BRADY D. KING, II**, HEREBY CERTIFY that a copy of the above and foregoing has been served on all counsel of record by notice of electronic filing with the United States District Court for the Western District of Louisiana.

Monroe, Louisiana, this 4th day of October, 2010.

/s/ Brady D. King, II
OF COUNSEL