UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **STEPHEN H. RUGG and PATRICIA RUGG** | **CIVIL ACTION NO. 09-1952** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **FMR CO., INC., ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## ORDER

After considering the foregoing Motion to Stay Pending Mediation [Doc. No. 63] and the agreement of the parties to enter into mediation,

IT IS ORDERED that Plaintiffs' Motion to Stay Pending Mediation is GRANTED. The arbitration proceedings ordered by Magistrate Judge Karen L. Hayes are hereby STAYED for a period not to exceed sixty (60) days from the date of entry of this Order.

IT IS FURTHER ORDERED that the Scheduling Order [Doc. No. 55] is VACATED, and Plaintiffs are granted an extension to appeal the Magistrate Judge's Memorandum Order [Doc. No. 57] compelling arbitration until January 3, 2011. The Court will not grant any further extensions of time for Plaintiffs to appeal the Order.

IT IS FURTHER ORDERED that, no later than January 3, 2011, the parties shall file a status report with the Court. If the parties reach settlement, they should notify the Court immediately.

MONROE, LOUISIANA, this 2nd day of November 2010.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE