UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISON

| | |
|---|---|
| STEPHEN H. RUGG, ET AL. | CIVIL ACTION NO.09-01952 |
| VERSUS | JUDGE ROBERT G. JAMES |
| FMR CO., INC., ET AL. | MAG. JUDGE KAREN HAYES |

ORDER

Upon consideration,

IT IS ORDERED that the Joint Motion to Stay Arbitration and Appeal [Doc. No. 65] is GRANTED. This matter is stayed until February 25, 2011. On that date, the stay will be lifted, the parties are required to file a status report, and Plaintiffs must file an appeal of the Magistrate Judge's September 20, 2010 Order and a supporting memorandum if they wish to do so. No further extensions of the deadline to appeal the Magistrate Judge's Order will be granted.

Monroe, Louisiana, this the 14th day of December, 2010.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE