UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEPHEN H. RUGG and PATRICIA A. RUGG,<br><br>    Plaintiffs,<br><br>VERSUS<br><br>DAN DAVIS, MATTHEW DAVID GIBSON, JEROME RICHARD SKOW, STRATEGIC ADVISERS, INC., FIDELITY BROKERAGE SERVICES, LLC, and FMR, LLC<br><br>    Defendants. | CIVIL ACTION NO. 09-1952<br><br>JUDGE JAMES<br><br>MAGISTRATE JUDGE HAYES |

## STATUS REPORT

Defendants, Dan Davis, Matthew David Gibson, Jerome Richard Skow, Strategic Advisers, Inc., Fidelity Brokerage Services, LLC, and FMR, LLC, submit this status report in response to the Court's order extending the stay in this matter until February 25, 2011 [R. 66]. The parties mediated this matter on February 17, 2011, during which all claims were compromised. Draft settlement and release agreements have been exchanged and Defendants expect to consummate the settlement soon.

Respectfully submitted,

  /s/ Meredith A. Cunningham
George C. Freeman, III, 14272, T.A.
Meredith A. Cunningham, 26465
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana  70112
Telephone:   (504) 589-9700
Fax:             (504) 589-9701

David C. Boch (*pro hac vice*)
Michael R. Weissmann (*pro hac vice*)
Michael C. Moran (*pro hac vice*)
BINGHAM MCCUTCHEN LLP
One Federal Street
Boston, Massachusetts  02110-1726
Telephone:   (617) 951-8000
Fax:             (617) 951-8736

*Counsel for Defendants Dan Davis, Matthew David Gibson, Jerome Richard Skow, Strategic Advisers, Inc., Fidelity Brokerage Services LLC, and FMR LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the plaintiffs' counsel by electronic mail, the Court's electronic system, and/or placing same in the United States Mail, postage prepaid and properly addressed, this 28th day of February, 2011.

  /s/ Meredith A. Cunningham

*615127_1*