UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISAINA

| | |
|---|---|
| STEPHEN H. RUGG and PATRICIA A. RUGG<br>Plaintiffs | CIVIL ACTION NO.: 3:09-cv-01952 |
| VERSUS | SECTION |
| DAN DAVIS, MATTHEW DAVID GIBSON, JEROME RICHARD SKOW, STRATEGIC ADVISORS, INC., FIDELITY BROKERAGE SERVICES, L.L.C., and FMR, L.L.C.<br>Defendants | JUDGE ROBERT G. JAMES<br><br>MAGISTRATE JUDGE KAREN HAYES |

## STATUS REPORT

Plaintiffs, STEPHEN H. RUGG and PATRICIA A. RUGG, submit this status report in response to the Court's order extending the stay in this matter until February 25, 2011 [R. 66]. The parties mediated this matter on February 17, 2011, during which all claims were compromised. Draft settlement and release agreements have been exchanged and Plaintiffs expect to consummate the settlement soon.

           Respectfully Submitted

           McNEW, KING, MILLS, BURCH & LANDRY, L.L.P.
           2400 Forsythe Avenue, Suite 2
           Monroe, Louisiana 71201
           Phone:    (318) 361-3140
           Facsimile:  (318) 361-3141
           Email:    bking@mkmblaw.com

           /s/ Brady D. King, II
           BRADY D. KING, II   #18288
           ATTORNEYS FOR STEPEHN H. RUGG. and
           PATRICIA A. RUGG

## CERTIFICATE

I, **BRADY D. KING, II**, HEREBY CERTIFY that a copy of the above and foregoing has been served upon defendants' counsel by electronic mail, the Court's electronic system, and/or by placing same in the United States Mail, postage prepaid and properly addressed.

Monroe, Louisiana, this 1st day of March, 2011.

/s/ *Brady D. King, II*
OF COUNSEL